UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
CIVIL DIVISION

| | |
|---|---|
| ILLINOIS VALLEY PAVING COMPANY, | ) |
| Plaintiff, | ) |
| vs. | ) No: O6 CV 1837 |
| OLD REPUBLIC INSURANCE COMPANY, et al., | ) Honorable Henry Autrey |
| Defendants | ) |

### ORDER

Good cause appearing, THIS COURT HEREBY GRANTS Plaintiff Illinois Valley Paving Company's Motion for Leave to File Second Amended Complaint.  The Second Amended Complaint shall be filed.

_____
U.S. District Judge

_____
Date