AMERICAN ALTERNATIVE INSURANCE CORPORATION,
Third-Party Plaintiff,

v.

UNITED RENTALS HIGHWAY TECHNOLOGIES, INC., UNITED RENTALS, INC. and UNITED RENTALS NORTH AMERICA, INC.
Third-Party Defendants.

**ORDER OF DISMISSAL**

The Court hereby orders that all claims in the above-captioned action against and between United Rentals Highway Technologies, Inc., United Rentals, Inc., United Rentals North America, Inc., American Alternative Insurance Corporation and Aon Corporation shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own fees and costs.

SO ORDERED:

DATE: June 3, 2010

United States District Judge