UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS VALLEY PAVING COMPANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> OLD REPUBLIC INSURANCE COMPANY, et al., <br><br> Defendants. | Case No. 4:06CV1837 HEA |

## **ORDER**

**IT IS HEREBY ORDERED** that the trial in this matter previously set for Monday, January 24, 2011, is reset to Monday, February 14, 2011, in the courtroom of the undersigned.

Dated this 28th day of October, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE