UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ILLINOIS VALLEY<br>PAVING COMPANY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.   4:06CV1837 HEA |
| | ) | |
| OLD REPUBLIC INSURANCE<br>COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the parties are to notify the Court of the status of

mediation pursuant to the Joint Notice to the Court RE: ADR [Doc. #147] filed July 28, 2010, within

ten (10) days of the date of this Order.

Dated this 8th day of November, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE