UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS VALLEY PAVING COMPANY and CONTINENTAL CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>OLD REPUBLIC INSURANCE COMPANY, et al.,<br><br>Defendants. | Case No. 4:06CV1837 HEA |

## ORDER

**IT IS HEREBY ORDERED** that the trial setting in this matter is vacated.

**IT IS FURTHER ORDERED** that Plaintiffs' are given five (5) days from the date of this Order to respond to Defendant Old Republic's Motion to Reconsider The Court's Order Of February 10, 2011 Or, In The Alternative, For Clarification Of The Court's Order [Doc #260].

**IT IS FINALLY ORDERED** that Defendants' are to have five (5) days from Plaintiffs' response date to reply to Plaintiffs' response.

Dated this 14th day of February, 2011.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE